NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IRA DONALD BROWN,                    )
                                     )
           Appellant,                )
                                     )
v.                                   )        Case No. 2D17-3967
                                     )
STATE OF FLORIDA,                    )
                                     )
           Appellee.                 )
_____)

Opinion filed November 22, 2019.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Michael Hursey of Michael Hursey,
P.A., Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, KELLY, and SMITH, JJ., Concur.